# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162207(141)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN JOHN RIEMAN,
      Defendant-Appellant.

_____/

SC: 162207
COA: 341041
Bay CC: 15-010218-FH

On order of the Chief Justice, the motion of defendant-appellant to waive filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2020



Clerk